# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RUHI REIMER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

TAX DEFENSE NETWORK, LLC, d/b/a MONEYSOLVER

    Defendant.

Case No. 3:22-cv-00793-MMH-JBT

## CERTIFICATE OF COMPLIANCE
## WITH TCPA SCHEDULING ORDER

Defendant Tax Defense Network, LLC d/b/a MoneySolver hereby certifies its compliance with Paragraph 2.B of the Court's TCPA Scheduling Order requiring the initial disclosure of documents. Defendant served a copy of responsive documents by electronic transmission to counsel for Plaintiff on October 7, 2022.

Dated: October 12, 2022.

**KABAT CHAPMAN & OZMER LLP**

*/s/ Joshua Joel*
Ryan D. Watstein
Florida Bar Number 093945
rwatstein@kcozlaw.com
Joshua Y. Joel
Georgia Bar No. 230547 (pro hac vice)
jjoel@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 Fax
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Joshua Joel*
Counsel for Defendant