UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUHI REIMER, individually and on
behalf of all others similarly
situated,

    Plaintiff,

v.                                  Case No.   3:22-cv-793-MMH-JBT

TAX DEFENSE NETWORK, LLC,
d/b/a Moneysolver,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 24; Stipulation) filed on May 8, 2023.  In the Stipulation, the parties request dismissal of this matter with prejudice as to Plaintiff and without prejudice as to any putative class members.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice** as to Plaintiff and **without prejudice** as to any putative class members.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of May, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record